# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00527-RM-SBP

ANNALISE YAHNE,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER DEPARTMENT OF HUMAN SERVICES,

    Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (Doc. 92) by Senior District Judge Raymond P. Moore entered on August 26, 2025, it is

ORDERED that summary judgment is entered in favor of Defendant, City and County of Denver Department of Human Services; and against Plaintiff, Annalise Yahne. It is

FURTHER ORDERED that this case is closed.

Dated this 26th day of August, 2025.

                                  FOR THE COURT:
                                  JEFFREY P. COLWELL

                                  By:   s/C. Pearson, Deputy Clerk